FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SLAUGHTER BURTON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>J. ADAMS, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-276 MMM (JWJ))<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as successive.

///
///
///
///

1       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner.

DATED: July 21, 2008

                                                  MARGARET M. MORROW
                                                  United States District Judge