UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SLAUGHTER BURTON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>J. ADAMS, Warden,<br><br>　　　　Respondent. | Case No. EDCV 08-276 MMM (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: July 21, 2008

　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　United States District Judge